United States District Court
District Of Massachusetts

RECEIPT # 66908
AMOUNT $ 250.00
SUMMONS ISS. ✓ not mailed to Pltf
LOCAL RULE 4.1
WAIVER OF SRV.
MCF ISSUED
AO 120 OR 121
BY DPTY CLK
DATE 9-14-05

05- 11860 NG

Referred to Ch MJ MB Bowler

Plaintiff's Name

John F. Connolly
111 Devir Street
Malden, MA 02148

VS.

Defendant's Name (s)

(1.) Paul Lennon, Human Resources Specialist
   Department of Veterans Affairs
   150 South Huntington Ave
   Boston, Mass 02130

(2) Linda Rubino, President AFGE L-2143 (co-defendant)
   150 South Huntington Ave
   Boston, Mass 02130

### Complaint

### Parties

1. The plaintiff John F. Connolly is a resident of Malden Massachusetts and a citizen of the United States.
2. The Defendant Paul Lennon is a resident of Brockton, Massachusetts and a citizen of the United States.
3. The Defendant Linda Rubino is a resident of Weymouth and a citizen of the United States.

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to U.S.C. § 1332.

### Facts

5. On March 21st 1997 the Department of Veterans Affairs and the American Federation of Government Employees entered into a contract agreement known as the 'Master Agreement'. Whereby The Department of Veterans Affairs and The American Federation of Government Employees agreed to work together in partnership through the Master Agreement, (page #4 Preamble Section #2 paragraph #2).

6. On June 22, 2005 at approximately 11:55 AM, Lt. Trombley for the Department of Veterans Affairs violated the agreement to that contract article 16 section #1 Employee Rights and Article #46 Section #2 Subsection ( c ) Union Rights.

7. On 6 -24-05 O fficers K ane a nd C onnolly, U nion M embers o f l ocal #2143, filed a first step grievance with Management for that violation of the contract. Officers Kane and Connolly represented themselves according to article number 42 section #5 'Representation'. ….'*an employee may pursue a grievance without union representation.*'

8. Lt. Trombley responded to the first step on 1 July 05 Stating, '*I had heard there maybe some trouble regarding a union sponsored activity.*' That statement gave me cause to believe that there were additional information/documents to show cause for the contract violation. In those documents it would show that management and the Union President, Linda Rubino, conspired to violate the above mention articles and sections of the contract.

9. On 8th of July the Grievant(s) filed a 'Freedom of information request under 7114(b) (4) in writing requesting those documents, for the purpose of defending the contract violation.

10. Throughout the grievance process the Union President, (Linda Rubino) defendant, interfered and sabotaged the grievance process by working with management and Human Resources Specialist, (Paul Lennon) to deny me the documents, on August 4, 2005 at 10:03 a.m. via E-mail through government e-mail process. Lennon the HR resource specialist stated the reason for the denial was that I had falsely represented myself, as "The Local" in the initial request therefore he was denying my request. Union President Linda Rubino acting outside of her scope of responsibility. She advised (HR) Paul Lennon that he did not have to give those documents to me, The Union President (Rubino) was not my representative in this contract dispute and in fact was a major causing factor of the violation, thus excluded her from her role as a negotiator in this grievance. Lennon

failed to negotiate with grievant(s) (Officer Connolly and Officer Kane) directly. Lennon on part of the Department of Veterans Affairs denied me the documents requested based on a prejudiced third party's involvement (Rubino) Defendant.

11. The documents were denied to the plaintiff thirty days past the requested date (July 8, 2005) thirteen days past the maximum allowed by law of (20 days). The documents were denied again on August 11th Via E-mail response.

12. Officer Connolly and Officer Kane were discriminated against for their union activity, a protected right by law and under the contract by the defendants. Without theses documents grievant(s) to contract violation are unable to proceed successfully. The grievant(s) to the contract dispute are dues paying members of the local union #2143. Bargaining unit employees are, 'The local' and have a right to those documents.

## Summary/Conclusion

13. WHEREFORE, the plaintiff demands judgment against the defendants for damages and such other relief as the court deems just

   (1.) The court is being asked render legal interpretation and to address the issue that Human resources specialist Paul Lennon and Union President Linda Rubino have raised saying that I have falsely represented myself in my FOIA request.

   (2.) Order the Department of Veterans Affairs to comply with the FOIA document request forthwith All documents requested on FIOA form, specifically Uniformed Offenses report # 0506221220 with all witness statements attached to include Officer Giannetti's statement, all e-mails from Union president to police services personnel regarding complaint of possible trouble, prior to and including that date of the incident, (6-22-05) and police supervisor notes in regards to the same incident.

   (3.) Order the Department of Veterans Affairs to pay all legal fees and expenses associated with this case, and a punitive fine.

(4.) Order the Department of Veterans Affairs to post the favorable decision of this case, on employee bulletins boards located on the third and first floor.

(5.) Order the President of the union (Linda Rubino) to cease and decist interference in this case.

(6.) Order to the Department of Veterans Affairs to rehear the contract grievance case pending the discovery of new evidence documents and release of said documents.

Signature

*/s/ John F. Connolly*

John F. Connolly   (pro se)
111 Devir Street #303
Malden, Mass 02148
781-322-2558

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
John F. Connolly
111 Devir St #303
Malden, Mass 02148

**DEFENDANTS**
Paul Lennon + Linda Rubino
150 S. Huntington Ave
Boston MA 02130

**(b)** County of Residence of First Listed Plaintiff: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Suffolk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number): pro se
John F. Connolly
111 Devir St #303 Malden, MA 02148

Attorneys (If Known): unknown

05-11860NG

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
under 7114(b)(4)
Brief description of cause: Denied Documents under FOIA-Request

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 8/31/05
SIGNATURE OF ATTORNEY OF RECORD: John F. Connolly (Pro-Se)

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Freedom of Information Act 7114(b)(4) John F. Connolly (plaintiff) Paul Lennon (Def)**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ✗ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

    ___ V.  150, 152, 153.

    **05-11860NG**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    **None**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

    YES ☐    NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☑    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☑    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☑    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **John F. Connolly (pro-se)**
ADDRESS **111 Devir St #303 Malden Mass 02148**
TELEPHONE NO. **781-322-2558**

(CategoryForm.wpd -5/2/05)