AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

John Connolly v. Paul Lennon

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-11860 NG**

TO: (Name and address of Defendant)

Paul Lennon et al
150 S. Huntington Ave
Boston mass 02130

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Connolly (Pro-Se)
111 Devir St #303
Malden Mass 02148

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUSAN A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9-14-05



FILED CLERKS OFFICE
2005 OCT -3 P 3:24
U.S. DISTRICT COURT
DISTRICT OF MASS

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Sept. 21, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Jose A Medina | Pharmacy Tech |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

OFFICE 150 S Huntington Ave Boston, ma

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/21/05
Date

Signature of Server

112 Talbot Ave #1 Dor. MA 02124
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.