IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN F. CONNOLLY,
        Plaintiff,

v.

PAUL LENNON and LINDA RUBINO,
        Defendants.

Civil Action No.
05-11860-NG

## DEFENDANT LINDA RUBINO'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), defendant Linda Rubino and her counsel hereby certify that they have conferred:

(a) with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Linda Rubino

_____
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

DATE: January 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that, in addition to being electronically filed, a true copy of the above document was served by first class mail, postage prepaid on the attorney of record for each party on January 4, 2006.

_____
Alfred Gordon