IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. CONNOLLY, ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 05-11860-NG |
| v. ) | |
| ) | |
| PAUL LENNON and LINDA RUBINO, ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter an appearance for Stephen Young as counsel on behalf of the Defendant Linda Rubino. Alfred Gordon, who has already entered an appearance, will continue as lead counsel for Defendant Rubino in this matter.

Respectfully submitted,

LINDA RUBINO,

By her attorneys

   s/Alfred Gordon
Alfred Gordon, BBO # 630456
Stephen Young, BBO #662914
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date: January 10, 2006   (617) 367-7200

CERTIFICATE OF SERVICE

I hereby certify that, in addition to being electronically filed, a true copy of the above document was served by first class mail, postage prepaid on the attorney of record for each party on January 10, 2006.

   s/Alfred Gordon
Alfred Gordon