In the United States District Court
For The District Of Massachusetts

John F. Connolly,

        Plaintiff,                           Civil Action No.
                                                  05-11860-NG

V.

Paul Lennon and Linda Rubino

        Defendants

        Plaintiff John F. Connolly's
        Certification under Local Rule 16.1 (D) (3)

Pursuant to Local Rule # 16.1(D) (3) Plaintiff John F. Connolly acting as Pro se counsel here by certifies

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

John F. Connolly, Pro se
11 Dever Street #303
Malden Mass. 02148
781-322-2558

January 6, 2006

                      Certification of Service
I herby certify that, a true copy of the above document was filed with the US District Court Massachusetts and served Via US First Class Mail, Postage paid on the attorney of record for each party January 6, 2006

John F. Connolly, Pro se