AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

FILED
In Open Court
USDC, Mass.
Date 1/17/06
By MKD
Deputy Clerk

**APPEARANCE**

Case Number: 05-11860-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Paul Lennon

I certify that I am admitted to practice in this court.

1-17-06
Date

Signature: Rayford A. Farquhar

Print Name: Rayford A. Farquhar          Bar Number:

Address: 1 Courthouse Way, Ste 9200

City: Boston    State: MA    Zip Code: 02210

Phone Number: 617-748-3284    Fax Number: 617-748-3967