UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CONNOLLY,<br><br>    Plaintiff,<br><br>        v.<br><br>PAUL LENNON AND<br>LINDA RUBINO,<br><br>    Defendants. | Civil Action No.<br>05-11860-NG |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS AND INTEREST**

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,                          For the Defendants,

                                              By his attorney,

                                              MICHAEL J. SULLIVAN,
                                              United States Attorney

_____           _____
JOHN CONNOLLY                       RAYFORD A. FARQUHAR
111 Dever Street, Apt. 303          Assistant U.S. Attorney
Malden, MA 02148                    1 Courthouse, Suite 9200
(781) 322-2558                      Boston, MA 02210
                                              (617) 748-3284

Dated: February 18, 2006